**Order entered February 20, 2019**



**In The**

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-18-01437-CR
No. 05-18-01438-CR
No. 05-18-01439-CR
No. 05-18-01440-CR
No. 05-18-01441-CR
No. 05-18-01442-CR
No. 05-18-01443-CR
No. 05-18-01444-CR

**DANIEL BARRY STEFFEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-83863-2017, 199-83864-2017, 199-83865-2017, 199-83866-2017,**
**199-83867-2017, 199-83868-2017, 199-83869-2017 & 199-84131-2017**

## ORDER

Before the Court is court reporter Sheri J. Vecera's February 19, 2019 request for an extension of time. We **GRANT** the request and **ORDER** the reporter's record filed on or before February 25, 2019.

/s/    CORY L. CARLYLE
       JUSTICE